**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOANN JOHNSON,

    CASE NO. 06-CV-13904

  Plaintiff,

    PAUL D. BORMAN
-vs-    UNITED STATES DISTRICT JUDGE

MICHAEL SAKOSKI and
SMART,

  Defendants.
_____/

## ORDER REQUESTING SUPPLEMENTAL INFORMATION ON THE CRIMINAL PROCEEDINGS AGAINST DEFENDANT MICHAEL SAKOSKI

The parties' summary judgment briefing reveals that there was a prior criminal proceeding, involving same or similar facts as the instant case, brought against Defendant Michael Sakoski before Judge Paula G. Humphries of the 36th District Court in Detroit, Michigan. (*People v. Sakoski*, No. 03-66111). Both parties have cited one page of the trial transcript; neither has provided the Court with the complete transcript.

Accordingly, to be able to understand the complete state court trial, the Court ORDERS that the parties file supplemental information: (1) the charging paper; (2) the complete trial transcript; and (3) the disposition/verdict, by December 3, 2007. The parties shall stipulate to and file one copy of this information. No additional briefing or argument. This Order does not affect the date for the motion hearing scheduled for December 13, 2007.

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: November 26, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 26, 2007.

                                              s/Denise Goodine
                                              Case Manager